UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WB&B EXECUTIVE SEARCH, LLC,

        Plaintiff,

   -v-

CITY OF NEW YORK,

        Defendant.

23 Civ. 3296 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

  On October 26, 2023, Defendant filed a motion to dismiss plaintiff WB&B Executive Search, LLC ("WB&B Executive Search")'s First Amended Complaint. Dkts. 34, 35. Per this Court's earlier scheduling order, any response from plaintiff was due 14 days after this date, or November 9, 2023. *See* Dkt. 32. As it is now several days past this deadline with no response or other filing from WB&B Executive Search, the plaintiff shall file, no later than November 17, 2023, a letter with the Court showing cause, if any, for this delay, and, if plaintiff opposes the motion to dismiss, attaching plaintiff's opposition.

  SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 15, 2023
   New York, New York