UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WB&B EXECUTIVE SEARCH, LLC

         Plaintiff,      23 Civ. 3296 (PAE)

    -v-

                   ORDER

CITY OF NEW YORK,

         Defendant.

PAUL A. ENGELMAYER, District Judge:

  The Court has received plaintiff's proposed opposition to defendant's motion to dismiss, and motion for leave to amend the complaint. Dkt. 48. The Court will accept the proposed opposition to defendant's motion to dismiss, although filed out of time, but reminds counsel to remain diligent concerning all deadlines in the future. Defendant shall now have until November 27, 2023, to file any reply.

  As to plaintiff's request for leave to amend in order to add a claim for retaliation against the defendant, the Court will consider such request in tandem with its disposition of the pending motion to dismiss. Defendant is invited to address any opposition to this motion in any forthcoming reply.

  SO ORDERED.

                         *Paul A. Engelmayer*
                         _____
                         PAUL A. ENGELMAYER
                         United States District Judge

Dated: November 20, 2023
    New York, New York