**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
WB&B EXECUTIVE SEARCH LLC,

                Plaintiff,

   -against-                                          23 **CIVIL** 3296 (PAE)

                                                                 **<u>JUDGMENT</u>**

CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 23, 2024, the Court has granted the City's motion to dismiss, and has denied WB&B's request for leave to amend; accordingly, the case is closed.

**Dated:** New York, New York

       February 23, 2024

                                                                    **RUBY J. KRAJICK**
                                                                    _____
                                                                      **Clerk of Court**

                                              **BY:**   *K. Mango*
                                                                     _____
                                                                      **Deputy Clerk**